E-SERVED Baltimore City Circuit Court 1/16/2026 11:07 AM; System SystemEnvelope: 24690789
E-FILED; Baltimore City Circuit Court
Docket: 1/16/2026 11:07 AM; Submission: 1/16/2026 11:07 AM
Envelope: 24690789

CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202
Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**EXHIBIT 1**

**To:** EAN HOLDINGS, LLC
SERVE ON: THE CORPORATION TRUST, INC.
2405 YORK ROAD, SUITE 201
LUTHERVILLE TIMONIUM, MD 21093

**Case Number:** **C-24-CV-26-000403**
**Other Reference Number(s):**
**Child Support Enforcement Number:**

**ANGEL BRIGHT, ET AL. VS. LUIS LINARES, ET AL.**

Issue Date: 1/16/2026

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

ANGEL BRIGHT
3011 Normount Court
Baltimore, MD 21216; 1018 New Hope Circle
Baltimore, MD 21202

This summons is effective for service only if served within 60 days after the date it is issued.

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court for Baltimore City
Angel Bright, et al. vs. Luis Linares, et al. Case Number: C-24-CV-26-000403

## SHERIFF'S RETURN
(please print)

To: EAN HOLDINGS, LLC

____________________ ID# __________ of the ____________________
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served ______________________________
Name of person served

on ____________________ at ______________________________
Date of service Location of service

____________________ by ____________________ with the following:
Manner of service

- ☐ Summons
- ☐ Complaint ____________________
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Other ____________________ (Please specify)
- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories

(2) Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ No such address
- ☐ Address not in jurisdiction
- ☐ Other ____________________ (Please specify)

Sheriff fee: $ ____________________ ☐ waived by ____________________

____________ ________________________
Date Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

E-FILED; Baltimore City Circuit Court
Docket: 1/15/2026 12:45 PM; Submission: 1/15/2026 12:45 PM
Envelope: 24671913

IN THE CIRCUIT COURT FOR Baltimore City (CC)
City/County

# CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

## DIRECTIONS

***Plaintiff:*** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a). ***Defendant:*** You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT CASE NUMBER ____ (Clerk to insert)

**CASE NAME:** Angel Bright, et al. (Plaintiff) vs. Luis Aleman Linares, et al. (Defendant)

PARTY'S NAME: Angel Bright, et al. PHONE: ____

PARTY'S ADDRESS: ____

PARTY'S E-MAIL: ____

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: William M. McBride PHONE: 410-669-5070

PARTY'S ATTORNEY'S ADDRESS: 1111 Park Avenue, Suite L-150, Baltimore, MD 21201

PARTY'S ATTORNEY'S E-MAIL: William McBride

**JURY DEMAND?** ☒ Yes ☐ No

**RELATED CASE PENDING?** ☐ Yes ☒ No If yes, Case #(s), if known: ____

**ANTICIPATED LENGTH OF TRIAL?:** ____ hours 2 ____ days

## PLEADING TYPE

**New Case:** ☒ Original ☐ Administrative Appeal ☐ Appeal

**Existing Case:** ☐ Post-Judgment ☐ Amendment

***If filing in an existing case,*** skip Case Category/Subcategory section – go to Relief section.

## IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint – DOB of Youngest Plt: ____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☒ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud
- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property/ Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Worker's Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance
- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. – Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded. ☐ Liability is not conceded, but is not seriously in dispute. ☒ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000 ☐ $10,000 - $30,000 ☐ $30,000 - $100,000 ☒ Over $100,000

☒ Medical Bills $ TBD ☒ Wage Loss $ TBD ☒ Property Damages $ TBD

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation ☐ Yes ☐ No C. Settlement Conference ☐ Yes ☐ No

B. Arbitration ☐ Yes ☐ No D. Neutral Evaluation ☐ Yes ☐ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL.***

***(Case will be tracked accordingly)***

☐ 1/2 day of trial or less ☐ 3 days of trial time

☐ 1 day of trial time ☐ More than 3 days of trial time

☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of Defendant's response ☐ **Standard** - Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☒ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff ________________. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

1/13/2026
Date

[signature] 1406170195
Signature of Attorney/Party — Attorney Number

1111 Park Avenue, Suite L-150
Street Address

William McBride
Printed Name

Baltimore | MD | 21201
City | State | Zip Code

wmcbride@hhtlawyers.com
E-mail

E-FILED; Baltimore City Circuit Court
Docket: 1/15/2026 12:45 PM; Submission: 1/15/2026 12:45 PM
Envelope: 24671913

| | | |
|---|---|---|
| ANGEL BRIGHT<br>3011 Normount Court<br>Baltimore, Maryland 21216 | * <br> * | IN THE<br><br>CIRCUIT COURT |
| And | * | FOR |
| STEVEN WALKER<br>1018 New Hope Circle<br>Baltimore, MD 21202 | * <br> * | BALTIMORE CITY<br><br>Case No.: |
| *Plaintiffs* | * | |
| v. | * | C-24-CV-26-000403 |
| LUIS ALEMAN LINARES<br>64045 N. Highway 97<br>Bend, OR 97701 | * <br> * | |
| And | * | |
| EAN HOLDINGS, LLC<br>1209 Orange Street<br>Wilmington, DE 19801<br>Serve on: The Corporation Trust, Inc.<br>2405 York Road, Suite 201<br>Lutherville Timonium MD 21093 | * <br> * <br> * <br> * | |
| *Defendants* | | |

* * * * * * * * * * * *

## COMPLAINT

NOW COME Angel Bright and Steven Walker, Plaintiffs, by and through William M. McBride and Benjamin D. Stirling of Hassan, Hassan & Tuchman, P.A., their attorneys, and sue Luis Aleman Linares and EAN Holdings, LLC, Defendants.

## FACTS COMMON TO ALL COUNTS

1. For that on or about the 8th day of July, 2024, the Plaintiffs, Angel Bright and Steven Walker, were passengers in a motor vehicle owned by Defendant EAN Holdings, LLC and negligently operated by Defendant, Luis Aleman Linares, or in the alternative, an unknown

driver, which was backing up in a parking lot located at or near 2413 Frederick Ave, Baltimore, MD 21223 in the City of Baltimore, State of Maryland.

2. That at the same time and location, said vehicle containing the Plaintiffs backed into another vehicle.

3. That as a result thereof, the Plaintiffs were caused to be seriously, painfully and permanently injured in and about their heads, necks, backs, bodies and limbs and were caused to suffer serious and painful injury to their nervous systems.

4. That as a result of the collision, the Plaintiffs were caused to undergo extensive medical treatment for the care of said injuries, and will, in the future, be required to receive considerable medical care and treatment.

5. That as a result of the collision, the Plaintiffs were otherwise injured and damaged, all of which caused the Plaintiffs great pain, suffering and damages.

6. That as a result of the collision, the Plaintiffs were caused to lose considerable time and wages from their employment and will in the future, suffer loss of income.

7. That the crash was caused entirely by the negligence of the Defendants and/or the unknown driver, without the Plaintiffs being contributorily negligent in any way.

**COUNT I (Negligence)**

Plaintiffs Angel Bright and Steven Walker sue Defendant Luis Aleman Linares and state:

8. Each and every paragraph above is incorporated hereto as if fully recited herein.

9. That the Defendant, Luis Aleman Linares, operated said vehicle in a negligent manner, by

i) Failing to keep a safe and proper lookout for other vehicles,

ii) Failing to keep a safe and proper distance,

iii) Failing to yield the right of way,

iv) Failing to avoid an accident,

v) Failing to drive in a safe and reasonable manner,

vi) Traveling at an excessive rate of speed, when it was unsafe to do so,

and acting otherwise negligently when Defendant backed into another vehicle.

10. The Plaintiffs further allege that all of their injuries, damages, and losses, past, present, and prospective were caused solely by the negligence of the Defendant, Luis Aleman Linares, without any negligence or want of due care on the part of the Plaintiffs directly or indirectly contributing thereto.

**WHEREFORE**, this suit is brought, and the Plaintiffs, Angel Bright and Steven Walker, **each of them**, claim a sum in excess of **SEVENTY-FIVE THOUSAND DOLLARS (>$75,000.00)**, in damages from the Defendant, Luis Aleman Linares.

## COUNT II (Negligent entrustment)

Plaintiffs Angel Bright and Steven Walker sue Defendant EAN Holdings, LLC and state:

11. Each and every paragraph above is incorporated hereto as if fully recited herein.

12. The injuries, harm, and damages were incurred by the Plaintiffs as a result of the use of the vehicle by Defendant Luis Aleman Linares, or in the alternative, an unknown driver, in a negligent and reckless manner, which because of youth, inexperience, and/or prior actions, Defendant EAN Holdings, LLC knew, or had reason to know, was likely and involved an unreasonable risk of harm to others while driving with a vehicle.

13. Defendant EAN Holdings, LLC, as the owner of the vehicle driven by Defendant Luis Aleman Linares, or in the alternative, an unknown driver, has the right to permit and the power to prohibit the use of said vehicle.

14. Defendant EAN Holdings, LLC knew, or had reason to know, that Defendant Luis Aleman Linares, or in the alternative, an unknown driver, because of youth, inexperience, and/or prior actions, was likely to drive said vehicle in a negligent and reckless manner.

15. As a direct result of Defendant EAN Holdings, LLC negligently entrusting Defendant Luis Aleman Linares, or in the alternative, an unknown driver, who operated said vehicle owned by Defendant EAN Holdings, LLC in a negligent and reckless manner, the Plaintiffs, without any contributory negligence, did suffer the injuries, damages, and harm previously enumerated in this Complaint.

**WHEREFORE**, this suit is brought, and the Plaintiffs, Angel Bright and Steven Walker, **each of them**, claim a sum in excess of **SEVENTY-FIVE THOUSAND DOLLARS (>$75,000.00)** in damages from the Defendant, EAN Holdings, LLC.

Respectfully submitted,

William McBride

William McBride, Esq.
Hassan, Hassan & Tuchman, P.A.
Suite L-150
1111 Park Avenue
Baltimore, MD 21201
Ph: 410-669-5070
Fax: 410-669-5705
wmcbride@hhtlawyers.com
CPF #: 1406170195
*Attorney for Plaintiff*

Benjamin D. Stirling, Esq.
Hassan, Hassan & Tuchman, P.A.
Suite L-150
1111 Park Avenue
Baltimore, MD 21201
Ph: 410-669-5070
Fax: 410-669-5705
bstirling@hhtlawyers.com
CPF #: 1312190204
*Attorney for Plaintiff*

E-FILED; Baltimore City Circuit Court
Docket: 1/15/2026 12:45 PM; Submission: 1/15/2026 12:45 PM
Envelope: 24671913

| | | |
|---|---|---|
| ANGEL BRIGHT<br>3011 Normount Court<br>Baltimore, Maryland 21216 | * | IN THE |
| | * | CIRCUIT COURT |
| And | * | FOR |
| STEVEN WALKER<br>1018 New Hope Circle<br>Baltimore, MD 21202 | * | BALTIMORE CITY |
| | * | Case No.: |
| *Plaintiffs* | * | C-24-CV-26-000403 |
| v. | * | |
| LUIS ALEMAN LINARES<br>64045 N. Highway 97<br>Bend, OR 97701 | * | |
| | * | |
| And | * | |
| EAN HOLDINGS, LLC<br>1209 Orange Street<br>Wilmington, DE 19801 | * | |
| Serve on: The Corporation Trust, Inc.<br>2405 York Road, Suite 201<br>Lutherville Timonium MD 21093 | * | |
| | * | |
| *Defendants* | | |

* * * * * * * * * * * *

**DEMAND FOR JURY TRIAL**

COME NOW the Plaintiffs, by and through undersigned counsel, and hereby request a jury trial.

Respectfully submitted,

William McBride

William McBride, Esq.
Hassan, Hassan & Tuchman, P.A.
Suite L-150
1111 Park Avenue
Baltimore, MD 21201

Ph: 410-669-5070
Fax: 410-669-5705
wmcbride@hhtlawyers.com
CPF #: 1406170195
*Attorney for Plaintiff*